Submitted on record and briefs February 3, affirmed
February 19, petition for rehearing denied March
24, 1970. Petition for review denied by
Supreme Court May 12, 1970

## STATE OF OREGON, *Respondent, v.*
## JEFFREY EUGENE HALE, *Appellant.*

. 465 P2d 251

*Ken C. Hadley,* Deputy Public Defender, Salem, filed the brief for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Jacob B. Tanzer,* Solicitor General, Salem, filed the brief for respondent. With him on the brief was Lee Johnson, Attorney General, Salem.

Before Schwab, Chief Judge, and Fort and Branchfield, Judges.

PER CURIAM

The defendant, having been found guilty of a felony by a jury, appeals.[1]

His sole contention on appeal is that under the Constitution of the United States the defendant was entitled to have the jury instructed that to find him guilty the jurors must unanimously agree as to his guilt. This issue has been decided *contra* to the defendant's contention in *State v. Gann*, 254 Or 549, 463 P2d 570, handed down by the Oregon Supreme Court on December 19, 1969.

Affirmed.

---

[1] This appeal does not involve a first-degree murder conviction.